# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jacoy Nathan Mahorn            Docket No. 5:06-CR-128-1BO

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacoy Nathan Mahorn, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1), Possession of Two Firearms by a Convicted Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 21, 2010, to the custody of the Bureau of Prisons for a term of 9 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant is directed by the Court to support his dependents, to maintain stable employment, and to refrain from associating with felons or others engaged in criminal activity.

Jacoy Nathan Mahorn was released from custody on October 28, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 23, 2011, the defendant committed the offense of Misdemeanor Solicit for Prostitution in Cumberland County, North Carolina. In an effort to keep the defendant employed, it is recommended that the defendant complete 24 hours of community service for this offense.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Jacoy Nathan Mahorn
Docket No. 5:06-CR-128-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the
                                                foregoing is true and correct.

/s/ Robert L. Thornton                          /s/ Mindy L. Threlkeld
Robert L. Thornton                              Mindy L. Threlkeld
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 Dick Street
                                                Fayetteville, NC 28301-5730
                                                Phone: (910) 483-8613
                                                Executed On: June 27, 2011

## ORDER OF COURT

Considered and ordered this 27 day of June, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge